

STEVEN M SCHNEEBAUM PC

202.742.5900 o.  |  888.241.8480 o.
202.744.3838 c.  |  202.449.3835 f.
www.smslawdc.com  |  sms@smslawdc.com
2131 S Street NW, Washington DC 20008

Office of the Clerk of Court
United States District Court for the District of Columbia
United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:   Maalouf v. The Islamic Republic of Iran, *et al.*, Civil Action No. 1:16-cv-280-JDB
      Request for service of process under 28 U.S.C. § 1608(a)(4)

February 18, 2016

Ladies and gentlemen:

As counsel to Henri Maalouf, Plaintiff in the above-captioned action, I am writing to request the assistance of your Office in effecting service of process on Defendants the Islamic Republic of Iran and its Ministry of Information and Security.

The United States has no diplomatic relations with Iran. There is no special arrangement for service of process on Iran or its Government entities, as set out in 28 U.S.C. § 1608(a)(1) and (b)(1).

Iran is not a party to any international convention governing service of process, such as the Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (usually referred to as "the Hague Convention"), as set out in 28 U.S.C. § 1608(a)(2), nor is there any person authorized to receive service in the United States on behalf of Defendant MOIS under 28 U.S.C. § 1608(b)(2).

Service by mail on Iran and its agencies, under 28 U.S.C. § 1608(a)(3) and (b)(3), is known to be ineffective, and attempting such service would be futile.

It is therefore necessary to invoke the procedures of 28 U.S.C. § 1608(a)(4), by which service is effected through the Director of Special Consular Services of the Department of State. I therefore respectfully request the Clerk of this Court to take the steps necessary to effect service of process on Defendants Iran and MOIS through diplomatic channels, under 28 U.S.C. § 1608(a)(4).

Enclosed with the hard copy of this letter (which will be delivered to your Office on Friday, February 19, 2016), please find two sets of documents, one for service on each Defendant. Each packet includes: (a) two copies of the Complaint, in English and Farsi (the official language of the Islamic Republic of Iran); (b) two copies of the summons addressed to the relevant party, in English and Farsi; (c) two copies of the Notice of Suit, in English and Farsi; and (d) a copy of the Foreign Sovereign Immunities Act.



The Office of the Director of Special Consular Services recommends that the package be addressed to: U.S. Department of State; Overseas Citizen Services; Director of Special Consular Services; 2210 C Street, N.W.; SA-29, 4th Floor; Washington, D.C. 20037.

My office will be happy to arrange for the actual delivery of the materials to the Department of State. If your staff will be kind enough to advise us when they are ready, we will have them picked up and sent by certified mail or overnight courier to their destination.

Thank you in advance for your cooperation.

Yours sincerely,

Steven M. Schneebaum