CO 939
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

HENRI MAALOUF
_____
　　　　　　　Plaintiff(s)

　vs.　　　　　　　　　　　　　　　　　　　Civil Action No.: 16-cv-00280-JDB

ISLAMIC REPUBLIC OF IRAN et al
_____
　　　　　　　Defendant(s)

## CERTIFICATE OF MAILING

　　　I hereby certify under penalty of perjury, that on the __23RD__ day of __February__, 20 __15__, I mailed:

1. ☐ One copy of the summons and complaint by registered mail, return receipt requested, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☐ One copy of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☒ Two copies of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, return receipt requested, delivery], by FedEx, return receipt requested, to the U. S. Department of State, Office Of Legal Affairs, Overseas Citizens Services, CA/OCA/L, SA-17, 10th Floor, Washington, D.C. 20522, pursuant to 28 U.S.C. 1608(a)(4)

4. ☐ One copy of the summons and complaint, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

　　　　　　　　　　　　　　　　　ANGELA D. CAESAR, CLERK

　　　　　　　　　　　　　By: _____/s/ T. Davis_____
　　　　　　　　　　　　　　　　　　　Deputy Clerk