

Steven M. Schneebaum    sms@smslawdc.com
Cynthia L. McCann, of counsel    cmccann@smslawdc.com    202 450 9600

STEVEN M. SCHNEEBAUM PC    1776 K Street NW #800, Washington, DC 20006    www.smslawdc.com    202 449 8851

Angela D. Caesar, Clerk
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: *Maalouf v. Islamic Republic of Iran, et al.*, Case No. 1:16-cv-280-JDB

March 17, 2016

Dear Madam Clerk:

I am counsel for Plaintiff in the above-captioned Action, filed pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1601 *et seq.* ("the FSIA"). In accordance with the provisions of the FSIA governing service, and in light of the impossibility of serving Iran in any other way, I asked that your Office transmit to the Department of State our request for assistance by affecting service on both Defendants, Iran and its Ministry of Information and Security ("MOIS"), through diplomatic channels, as provided in 28 U.S.C. § 1608(a)(4).

On reflection, given both the extra cost involved, and the open question whether service of process on foreign agencies and instrumentalities through diplomatic channels is effective absent a court order, I contacted the Department to withdraw the request for service on Defendant MOIS.

The Department, as stated by Daniel Klimow, Esq., the attorney in the Office of the Legal Adviser with whom I spoke, is willing to follow that instruction, and to transmit only one set of the paperwork initiating this Action to the Government of Iran. But since the request for service was formally made on behalf of your Office, I was asked to ensure that you were advised of this development.

Please let me or Mr. Klimow know if you have any concerns or questions regarding this issue of service of process under the FSIA. Thank you.

Yours sincerely,

Steven M. Schneebaum

Cc:  Daniel Klimow, Esq.
     Allan Gerson, Esq.

RECEIVED
Mail Room

MAR 21 2016

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia