UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HENRI MAALOUF,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**ISLAMIC REPUBLIC OF IRAN, et al.,**<br><br>　　Defendants. | **Civil Action No. 16-280 (JDB)** |

## ORDER

　　On March 24, 2016, the Court issued [8] an order asking plaintiff to address whether his claims should be dismissed as untimely. Upon consideration of [9] plaintiff's response, the Court has decided not to dismiss plaintiff's claims at this juncture.

　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　United States District Judge

Dated: April 27, 2016

1