UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HENRI MAALOUF**, *et al.*, ) <br> ) <br> Plaintiffs-Appellants, ) <br> ) <br> v. ) <br> ) <br> **THE ISLAMIC REPUBLIC OF IRAN** ) <br> and ) <br> **THE IRANIAN MINISTRY** ) <br> **OF INFORMATION AND SECURITY**, ) <br> ) <br> Defendants-Appellees. ) <br> ) | Civil Action No. 16-cv-280 (JDB) |

**NOTICE OF APPEAL**

Notice is given on this 11th day of April, 2018, that Plaintiffs Henri Maalouf and the Estates of his late parents, Elias Maalouf and Olga Aftemoos, and of his late brother, Gaby Maalouf, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on March 30, 2018, dismissing this Action with prejudice.

Respectfully submitted,

/s/ *Steven M. Schneebaum*

|  |  |
|---|---|
| Of counsel: | Steven M. Schneebaum (D.C. Bar No. 956250) |
| Allan Gerson | Cynthia L. McCann (D.C. Bar No. 1046263) |
| 2131 S Street, N.W. | STEVEN M. SCHNEEBAUM, P.C. |
| Washington, D.C. 20008 | 1776 K Street, N.W.; Suite #800 |
|  | Washington, D.C. 20006 |
|  | Tel: (202) 742-5900 |
|  | Fax: (202) 449-3835 |
|  | E-mail: sms@smslawdc.com |
|  | Counsel of Record for Plaintiffs-Appellants |

Dated:   April 11, 2018