# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 18-7052**                      **September Term, 2018**

1:16-cv-01507-JDB
1:16-cv-00280-JDB

Filed On: June 18, 2019 [1793415]

Henri Maalouf, et al.,

      Appellants

    v.

Islamic Republic of Iran and Iranian Ministry
of Information and Security,

      Appellees

------------------------------

Consolidated with 18-7053

### M A N D A T E

In accordance with the judgment of May 10, 2019, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                BY:      /s/
                           Ken R. Meadows
                           Deputy Clerk

Link to the judgment filed May 10, 2019