# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 18-7052**                                      **September Term, 2018**

FILED ON: MAY 10, 2019

HENRI MAALOUF, ET AL.,

                       APPELLANTS

v.

ISLAMIC REPUBLIC OF IRAN AND IRANIAN MINISTRY OF INFORMATION AND SECURITY,

                       APPELLEES

———

Consolidated with 18-7053

———

Appeals from the United States District Court
for the District of Columbia
(No. 1:16-cv-00280)
(No. 1:16-cv-01507)

———

# No. 18-7060

NASRIN AKHTAR SHEIKH, AS THE SPOUSE OF FAHRAT MAHMOOD SHEIKH, AN EMPLOYEE OF THE UNITED STATES GOVERNMENT OR AN EMPLOYEE OF A CONTRACTOR FOR THE UNITED STATES GOVERNMENT DECEASED, ET AL.,

                       APPELLANTS

v.

MINISTRY OF THE INTERIOR OF THE REPUBLIC OF SUDAN, ET AL.,

                       APPELLEES

———

Consolidated with 18-7065, 18-7090

———

Appeals from the United States District Court
for the District of Columbia
(No. 1:14-cv-02090)
(No. 1:15-cv-00951)
(No. 1:14-cv-02118)

———

# No. 18-7122

RITA BATHIARD, ON HER OWN BEHALF AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CESAR BATHIARD, ET AL.,

                   APPELLANTS

v.

ISLAMIC REPUBLIC OF IRAN AND IRANIAN MINISTRY OF INFORMATION AND SECURITY,

                   APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:16-cv-01549)

Before: SRINIVASAN and PILLARD, *Circuit Judges*, and EDWARDS, *Senior Circuit Judge*

## J U D G M E N T

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel.  On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgments of the District Court appealed from in these causes be reversed, the dismissals of the complaints be vacated, and the cases be remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/

Ken Meadows
Deputy Clerk

Date: May 10, 2019
Opinion for the court filed by Senior Circuit Judge Edwards.